UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60676-CIV-SMITH/VALLE

JOSHUA SMITH,

    Plaintiff,

v.

AIR PROS, LLC,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 29], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice [DE 27]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that:

1. The Report and Recommendation [DE 29] is **AFFIRMED** and **ADOPTED**.

2. The parties' Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice [DE 27] is **GRANTED**.

3. The parties' Settlement Agreement [DE 27-1] is **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of August, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record